**RYAN M. ANDERSON, ESQ.**
Nevada Bar No.: 11040
**LAUREN CALVERT, ESQ.**
Nevada Bar No.: 10534
**MORRIS ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone: (702) 333-1111 Fax: (702) 507-0092
Lauren@MorrisAndersonLaw.com
*Attorneys for Plaintiff William Kluesner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM KLUESNER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation<br><br>　　　　　　　　Defendants. | CASE NO:　2:17-cv-00283<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The Plaintiff, WILLIAM KLUESNER, and the Defendant, LUMBER LIQUIDATORS, INC., by and through their respective counsel, stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(2) that the Plaintiff's claim against the Defendant should be DISMISSED in its entirety without prejudice with each party to bear its own costs.

| | |
|---|---|
| WILLIAM KLUESNER<br>Plaintiff | LUMBER LIQUIDATORS, INC.<br>Defendant |
| By:___*/s/ Ryan M. Anderson*___<br>**RYAN M. ANDERSON, ESQ.**<br>Nevada Bar No.: 11040<br>**LAUREN CALVERT, ESQ.**<br>Nevada Bar No.: 10534<br>**MORRIS//ANDERSON**<br>716 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br>(702) 333-1111 Fax: (702) 537-7021<br>Ryan@MorrisAndersonLaw.com | By:___/s/ Robert F. Redmond___<br>**ROBERT F. REDMOND**<br>Virginia Bar No.: 32292<br>**MCGUIREWOODS LLP**<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>(804) 775-1015  Fax:  (804) 6982047<br>rredmond@mcguirewoods.com |

Page 1 of 2

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, Case No. 2:17-cv-00283 is hereby dismissed in its entirety without prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all parties are responsible for their own attorneys' fees and costs.

Dated: August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**MORRIS//ANDERSON**

By:___/s/ Ryan M. Anderson____
**RYAN M. ANDERSON, ESQ.**
Nevada Bar No.: 11040
**LAUREN CALVERT, ESQ.**
Nevada Bar No.: 10534
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff William Kluesner*